2021R01105/OB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Julien Xavier Neals |
| v. | : | Crim. No. 22- 614 |
| MICHAEL STEWART | : | 18 U.S.C. § 1958 |
| | : | 18 U.S.C. § 2 |

**INFORMATION**

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges that:

**COUNT ONE**

From at least in or around Summer 2021 through in or around October 2021, in the District of New Jersey, and elsewhere, the defendant,

**MICHAEL STEWART**,

did knowingly and intentionally conspire to and use, and cause another to use, a facility of interstate commerce, that is, a telephone, with intent that a murder be committed, in violation of the laws of the State of New Jersey, specifically, N.J.S.A. § 2C:11-3, as consideration for a promise and agreement to pay something of pecuniary value, that is, United States currency.

In violation of Title 18, United States Code, Section 1958 and Section 2.

## FORFEITURE ALLEGATION

As a result of committing the offense charged in this Information, the defendant,

**MICHAEL STEWART**,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said offense, and pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461, any firearm and ammunition involved in or used in the commission of such offense.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 18 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

_____
PHILIP R. SELLINGER
United States Attorney

2